```
 1  DAVID J. MATTINGLY, Esq. (118174)
    AARON P. MINNIS, Esq. (202935)
 2  Law Offices of David Mattingly
    368 Hayes Street
 3  San Francisco, California 94102
    Tel: (415) 551-0882
 4  Fax: (415) 551-0889
    Email: mattinglylawoffice.com
 5
    Attorneys for Plaintiff
 6  CHARLOTTE RAWA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE RAWA, <br><br> Plaintiff, <br><br> vs. <br><br> MEYERS PRINTING COMPANIES, INC., a corporation dba MEYERS DISPLAY and/or MEYERS LABEL and/or MEYERS COMMUNICATION SERVICES, and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO: C 04-03093CRB <br><br> STIPULATION TO DISMISS CERTAIN CAUSES OF ACTION FROM THE FIRST AMENDED COMPLAINT; ~~[PROPOSED]~~ ORDER <br><br> Complaint Filed: June 29, 2004 <br> Trial Date: TBD |

The parties, by and through their respective counsel, hereby stipulate and agree that plaintiff's Second Cause of Action (Violation of San Francisco Police Code), Fourth Cause of Action (Violation of CC §§56.20 et seq.), and Fifth Cause of Action (Failure to Pay Wages Upon Termination - Cal. Labor Code §201 et seq), as set forth in the First Amended Complaint be dismissed with prejudice

1  and that each party will bear her/its own attorney fees and costs associated
2  with these claims.
3      SO STIPULATED BY:
4  DATED:

Law Offices of David J. Mattingly

_/s/ signature_

AARON P. MINNIS, ESQ.

Attorneys for Plaintiff
CHARLOTTE RAWA

DATED: 6/7/05

Cook & Roos LLP

/Kent J. Sprinkle/

KENT J. SPRINKLE, ESQ.

Attorney for Defendant
MEYERS PRINTING COMPANIES, INC.

SO ORDERED:

DATED: June 10, 2005

APPROVED
Charles R. Breyer

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

STIPULATION & PROPOSED ORDER                    2