```
 1  DAVID J. MATTINGLY, Esq. (118174)
    AARON P. MINNIS, Esq. (202935)
 2  Law Offices of David Mattingly
    368 Hayes Street
 3  San Francisco, California 94102
    Tel: (415) 551-0882
 4  Fax: (415) 551-0889
    Email: mattinglylawoffice.com
 5
    Attorneys for Plaintiff
 6  CHARLOTTE RAWA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE RAWA, | CASE NO: C 04-03093CRB |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER ALLOWING PLAINTIFF TO MANUALLY FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT/ADJUDICATION |
| MEYERS PRINTING COMPANIES, INC., a corporation dba MEYERS DISPLAY and/or MEYERS LABEL and/or MEYERS COMMUNICATION SERVICES, and DOES 1 through 10 inclusive, | Complaint Filed: June 29, 2004<br>Trial Date: TBD |
| Defendants. | |

Plaintiff Charlotte Rawa is granted leave to manually file under seal all confidential portions of her Opposition to Defendant's Motion for Summary Judgment/Adjudication, pursuant to the Joint Stipulation and Protective Order entered December 3, 2004.

**PROPOSED ORDER**

1  **SO ORDERED:**
2  **DATED:** June 16, 2005



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE