IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE RAWA ,

          Plaintiff(s),

  vs.

MEYERS PRINTING CO.,

          Defendant(s).

_____/

No. C-04-3093 CRB (MEJ)

NOTICE AND ORDER OF SETTLEMENT
CONFERENCE

TO ALL PARTIES and their Attorneys of Record:

      PLEASE TAKE NOTICE that this case has been referred for a Settlement Conference before Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on **November 1, 2005 at 10:00** a.m. **in Judge James' chambers**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  The parties shall immediately notify the Court if this matter settles or is dismissed before the settlement conference date. On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.  The parties shall notify the Court if the matter has settled or been dismissed before the date of the conference.

      Settlement Conference statements shall be submitted in accordance with Magistrate Judge James' STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

      When filing papers that require the Court to take any action (e.g. motions, calendaring issues, administrative requests or a request to be excused from attendance), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day

*United States District Court*
*For the Northern District of California*

1  following the day the papers are filed electronically.  These printed copies shall be marked "Chambers

2  Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James'

3  name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document

4  with the Clerk's Office that has already been filed electronically.  **Any proposed orders must also be**

5  **emailed to: mejpo@cand.uscourts.gov**

6          Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

7  questions.

8

9  IT IS SO ORDERED.

10

11  Dated:  August 29, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California