1  COOK & ROOS LLP
   MICHAEL E. WILBUR, CBN 152361
2  KENT J. SPRINKLE, CBN 226971
   221 Main Street, Suite 1600
3  San Francisco, California 94105
   Telephone:   415-362-7071
4  Facsimile:   415-362-7073

5  LAW OFFICE OF STEVEN C. MILLER
   STEVEN C. MILLER (admitted *pro hac vice*)
6  1935 West County Road B-2, Suite 100
   Roseville, MN 55113
7  Telephone:   651-631-0889
   Facsimile:   651-631-0703
8
   Attorneys for Defendant
9  MEYERS PRINTING COMPANIES, INC.

10
   LAW OFFICES OF DAVID J. MATTINGLY
11 DAVID J. MATTINGLY, CBN 118174
   AARON P. MINNIS, CBN 202935
12 368 Hayes Street
   San Francisco, California 94102
13 Telephone:   415-551-0882
   Facsimile:   415-551-0889
14
   Attorneys for Plaintiff
15 CHARLOTTE RAWA

16

17               UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19

20 | CHARLOTTE RAWA,                          ) Case No: C 04-03093 CRB
21 |                                          )
   |         Plaintiff,                       ) STIPULATION AND JOINT REQUEST TO
22 |                                          ) CONTINUE CASE MANAGEMENT
   |    v.                                    ) CONFERENCE; [~~PROPOSED~~] ORDER
23 |                                          ) GRANTING REQUEST
   | MEYERS PRINTING COMPANIES, INC., a       )
24 | corporation dba MEYERS DISPLAY and/or    ) CMC Date:  October 28, 2005
   | MEYERS COMMUNICATION SERVICES,           ) Time:      8:30 a.m.
25 | and DOES 1 through 10 inclusive,         ) Dept,:     Courtroom 8
   |                                          ) Judge:     Hon. Charles R. Breyer
26 |         Defendants.                      )
   |                                          )
27 |_____)

28

---

RAWA v. MEYERS PRINTING, ET AL.                               STIPULATION AND [PROPOSED] ORDER
CASE NO. C 04-03093 CRB              1                                       CONTINUING CMC

1  THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
2  STIPULATE TO THE FOLLOWING, AND REQUEST THAT THE COURT ADOPT IT AS AN
3  ORDER IN THIS MATTER:

   During the last Court appearance in this matter, the Court referred the parties to Magistrate Judge Maria Elena James to participate in a Settlement Conference. Judge James' chambers scheduled a Settlement Conference to take place on November 1, 2005 at 10:00 a.m. The parties hereby stipulate and jointly request that the Court reschedule the next case management conference before this Court, presently scheduled for October 28, 2005, for a date after the completion of the Settlement Conference on November 1, 2005. The parties suggest November 18, 2005 as an agreeable date for the continued case management conference.

SO STIPULATED:

Dated: October 6, 2005.

                                        COOK & ROOS LLP


                                        By _____
                                              MICHAEL E. WILBUR
                                              KENT J. SPRINKLE
                                              Attorneys for Defendant
                                              MEYERS PRINTING COMPANIES, INC.


Dated: October ___, 2005.

                                        LAW OFFICES OF DAVID J. MATTINGLY


                                        By _____
                                              AARON P. MINNIS
                                              Attorneys for Plaintiff
                                              CHARLOTTE RAWA

1  THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
2  STIPULATE TO THE FOLLOWING, AND REQUEST THAT THE COURT ADOPT IT AS AN
3  ORDER IN THIS MATTER:

4  During the last Court appearance in this matter, the Court referred the parties to Magistrate
5  Judge Maria Elena James to participate in a Settlement Conference. Judge James' chambers
6  scheduled a Settlement Conference to take place on November 1, 2005 at 10:00 a.m. The parties
7  hereby stipulate and jointly request that the Court reschedule the next case management conference
8  before this Court, presently scheduled for October 28, 2005, for a date after the completion of the
9  Settlement Conference on November 1, 2005. The parties suggest November 18, 2005 as an
10 agreeable date for the continued case management conference.

11

12 SO STIPULATED:

13 Dated: October ___, 2005.
14
15                              COOK & ROOS LLP
16
17                  By  _____
18                              MICHAEL E. WILBUR
                                KENT J. SPRINKLE
19                              Attorneys for Defendant
                                MEYERS PRINTING COMPANIES, INC.
20

21 Dated: October 6, 2005.
22                              LAW OFFICES OF DAVID J. MATTINGLY
23
24
25                  By  _____
                                AARON P. MINNIS
26                              Attorneys for Plaintiff
                                CHARLOTTE RAWA
27
28

RAWA v. MEYERS PRINTING, ET AL.                STIPULATION AND [PROPOSED] ORDER
CASE NO. C 04-03093 CRB        2               CONTINUING CMC

**COURT ORDER**

PURSUANT TO THE ABOVE STIPULATION, THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 28, 2005 IS HEREBY RESCHEDULED FOR __Nov. 18, 2005__ TO ALLOW THE PARTIES TO COMPLETE THEIR SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE JAMES.

IT IS SO ORDERED:

Dated: October 24, 2005

Honorable Charles R. Breyer

*APPROVED — Judge Charles R. Breyer* (United States District Court, Northern District of California seal)

P100405 stip and order CMC date.doc