COOK & ROOS LLP
MICHAEL E. WILBUR, CBN 152361
KENT J. SPRINKLE, CBN 226971
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone:   415-362-7071
Facsimile:   415-362-7073

LAW OFFICE OF STEVEN C. MILLER
STEVEN C. MILLER (admitted *pro hac vice*)
1935 West County Road B-2, Suite 100
Roseville, MN 55113
Telephone:   651-631-0889
Facsimile:   651-631-0703

Attorneys for Defendant
MEYERS PRINTING COMPANIES, INC.

LAW OFFICES OF DAVID J. MATTINGLY
DAVID J. MATTINGLY, CBN 118174
AARON P. MINNIS, CBN 202935
368 Hayes Street
San Francisco, California 94102
Telephone:   415-551-0882
Facsimile:   415-551-0889

Attorneys for Plaintiff
CHARLOTTE RAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE RAWA<br><br>  Plaintiff,<br><br>  v.<br><br>MEYERS PRINTING COMPANIES, INC., a corporation dba MEYERS DISPLAY and/or MEYERS COMMUNICATION SERVICES, and DOES 1 through 10 inclusive,<br><br>  Defendants. | Case No: C 04-03093 CRB<br><br>STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER GRANTING REQUEST<br><br>CMC Date:   November 18, 2005<br>Time:       8:30 a.m.<br>Courtroom:  8<br>Judge:      Hon. Charles R. Breyer |

RAWA v. MEYERS PRINTING, ET AL.
CASE NO. C 04-03093 CRB                    1                    STIPULATION AND [PROPOSED] ORDER
                                                                                CONTINUING CMC

1  THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, STIPULATE
2  TO THE FOLLOWING, AND REQUEST THAT THE COURT ADOPT IT AS AN ORDER:

3  The parties hereby stipulate and jointly request that the Court reschedule the next case
4  management conference before this Court, presently scheduled for November 18, 2005, for a date
5  after the completion of the further Settlement Conference on January 17, 2005. The parties suggest
6  February 3, 2006 as an agreeable date for the continued case management conference. The parties
7  make this joint request for the following reasons:

8
9  During the last Court appearance in this matter, the Court referred the parties to Magistrate
10  Judge Maria Elena James to participate in a Settlement Conference. Judge James' chambers
11  scheduled a Settlement Conference to take place on November 1, 2005 at 10:00 a.m., which occurred
12  as scheduled. As a result of the November 1, 2005 Settlement Conference, Judge James referred the
13  parties to a further Settlement Conference before Magistrate Judge Joseph Spero, which has been
14  scheduled for January 17, 2005 at 1:30 p.m.

15  SO STIPULATED:
16
17  Dated: November 11, 2005.

18                                              COOK & ROOS LLP
19
20                                      By      /s/ 
21                                              MICHAEL E. WILBUR
                                                KENT J. SPRINKLE
22                                              Attorneys for Defendant
                                                MEYERS PRINTING COMPANIES, INC.
23
24  Dated: November 14, 2005.
25
                                                LAW OFFICES OF DAVID J. MATTINGLY
26
27                                      By      /s/
28                                              AARON P. MINNIS
                                                Attorneys for Plaintiff
                                                CHARLOTTE RAWA

**COURT ORDER**

PURSUANT TO THE ABOVE STIPULATION, THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR NOVEMBER 18, 2005 IS HEREBY RESCHEDULED FOR January 20, 2006 @ 8:30 a.m. TO ALLOW THE PARTIES TO COMPLETE THEIR FURTHER SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE SPERO.

IT IS SO ORDERED:

Dated: November 14, 2005

Honorable 

P111005 stip and order CMC date.doc