| | |
|---|---|
| 1 | COOK & ROOS LLP |
|   | MICHAEL E. WILBUR, CBN 152361 |
| 2 | KENT J. SPRINKLE, CBN 226971 |
|   | 221 Main Street, Suite 1600 |
| 3 | San Francisco, California 94105 |
|   | Telephone:   415-362-7071 |
| 4 | Facsimile:    415-362-7073 |
| 5 | LAW OFFICE OF STEVEN C. MILLER |
|   | STEVEN C. MILLER (admitted *pro hac vice*) |
| 6 | 1935 West County Road B-2, Suite 100 |
|   | Roseville, MN 55113 |
| 7 | Telephone:   651-631-0889 |
|   | Facsimile:    651-631-0703 |
| 8 | |
|   | Attorneys for Defendant |
| 9 | MEYERS PRINTING COMPANIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLOTTE RAWA | ) | Case No: C 04-03093 CRB |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
|  | ) | |
| MEYERS PRINTING COMPANIES, INC., a corporation dba MEYERS DISPLAY and/or MEYERS COMMUNICATION SERVICES, and DOES 1 through 10 inclusive, | ) ) ) ) | |
|  | ) | |
| Defendants. | ) | |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed, with prejudice,
3  pursuant to FRCP 41(a)(1), each party to bear her/its own attorneys' fees and costs.

5  SO STIPULATED:

6  Dated: January 25, 2006.

```
                                    COOK & ROOS LLP

                              By  _____
                                    MICHAEL E. WILBUR
                                    Attorneys for Defendant
                                    MEYERS PRINTING COMPANIES, INC.
```

13  Dated: January 13, 2006.

```
                                    MATTINGLY & MINNIS LLP

                              By  _____
                                    DAVID J. MATTINGLY
                                    Attorneys for Plaintiff
                                    CHARLOTTE RAWA
```

20  IT IS SO ORDERED.
21  P011806 Dismissal Stip.doc

22  Dated __January 26, 2006__

```
                                    _____
                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE
```

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA