IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE RAWA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEYERS PRINTING COMPANIES, INC.,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 04-03093 CRB<br><br>**ORDER** |

The Court's Memorandum and Order filed July 25, 2005 (Docket No. 46) shall be removed from the public docket and filed under seal.

**IT IS SO ORDERED.**

Dated: January 8, 2009

　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3093\orderresealing.wpd